AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**NASHA M. BARKSDALE**

# CRIMINAL COMPLAINT

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about _____**JUNE 17, 2005**_____ in __**WASHINGTON**__ county, in the

_____ District of __**COLUMBIA**__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title ____**21**____ United States Code, Section(s) ___**841(a)(1)**_____ .

I further state that I am ___**INVESTIGATOR JEFFREY FOLTS**___ , and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant
**INVESTIGATOR JEFFREY FOLTS
METROPOLITAN POLICE
DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____    at    ___**Washington, D.C.**_____

Date                                            City and State

_____        _____
Name & Title of Judicial Officer                Signature of Judicial Officer