## STATEMENT OF FACTS

     On Friday June 17, 2005, at about 1:55 p.m., sworn officers with the Metropolitan Police Department and the Criminal Investigation Unit of the United States Attorney's Office executed a D.C. Superior Court search warrant at xxxx Xxxx Xxxxxxx Street, X.X.,#xx, Washington, D.C., where officers recovered 2 plastic bags containing large white chunks inside of the pockets of two coats located in a hallway closet. Officers believed the white chunks were crack cocaine. A portion of the white chunks field tested positive for cocaine. Officers placed the defendant, Nasha Barksdale, under arrest. Officers learned from the rental office that the defendant is the leasee of the apartment. She also admitted knowledge about the crack. The approximate weight of the suspected crack cocaine was 635 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others, rather than used exclusively by the defendant.

                                  INVESTIGATOR JEFFREY FOLTS
                                  METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF JUNE, 2005.

                                  U.S. MAGISTRATE JUDGE