UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

## COMPLAINT

District of Columbia ss:

| Defendant's Name: | MICHELLE | N. | BARKSDALE | 507-537 | 079-263 |
|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | (PDID) | (CCNO) |

Address: _____

On or about **JUNE 17, 2005**, within the District of Columbia, **MICHELLE N. BARKSDALE** did unlawfully, knowingly, and intentionally possess with intent to distribute 50 GRAMS or more of **COCAINE BASE, ALSO KNOWN AS CRACK** (Unlawful Possession With the Intent to Distribute a Controlled Substance-COCAINE BASE, ALSO KNOWN AS CRACK).

in violation of Title **21**, United States Code, Section **841 (b) (1) (A) (iii)**.

_____
Affiant's Name

Subscribed and sworn to before me this **18TH** day of **JUNE 2005**

_____
(Judge) (Deputy Clerk)

**FILED JUN 2 0 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CLERK, U.S. DISTRICT COURT DISTRICT OF COLUMBIA**

## WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
   WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C.3041 forthwith to answer said charge.

Issued _____

Judge
Superior Court of the District of Columbia

| Sex: Female | DOB: 05/19/1982 | CCN: 079-263 | PDID: 507537 |
|---|---|---|---|
| Papering Officer: | Jeffrey Folts of the Metropolitan Police Department | | Badge No.: IV-74 |

OFFICER MUST EXECUTE RETURN

| Officer's Name: | Date / Time: |
|---|---|
| AUSA Signature: | Fel. I  AFTC  Domestic<br>[ ]    [ ]    [ ] |