AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**NASHA M. BARKSDALE**

**AMENDED CRIMINAL COMPLAINT**

**CASE NUMBER:** 05-0346M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **JUNE 17, 2005** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **INVESTIGATOR JEFFREY FOLTS**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**INVESTIGATOR JEFFREY FOLTZ
METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____    at    **Washington, D.C.**
Date                                              City and State

_____           _____
Name & Title of Judicial Officer              Signature of Judicial Officer