UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Mag. No. 05-0346m (TFH/JMF) |
| | : | |
| **NASHA M. BARKSDALE,** | : | |
| **Defendant.** | : | Hearing: not set |

## STAY OF RELEASE ORDER

This matter came before the Court on the government's motion for review of a decision by the Magistrate Judge releasing defendant pending trial and for a stay of defendant's release pending a hearing on the motion for review of the release order. Upon consideration of that motion, it is by the Court this _____ day of June 2005

ORDERED, that a hearing on the government's motion is set for the _____ day of June 2005 at _____ a.m./p.m.; and it is further

ORDERED, that the order releasing defendant shall be stayed pending a ruling on the government's motion and defendant shall be held without bond until the Court has issued that ruling.

_____
THOMAS F. HOGAN
UNITED STATES CHIEF JUDGE

cc: Deputy U.S. Marshall in charge
    Federal Cellblock, U.S. Courthouse
    (202) 353-0675 (phone)
    (202) 353-0679 (fax)