IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   )<br>)<br>VS   )<br>)<br>NASHA M. BARKSDALE,   )<br>   DEFENDANT   )<br>_____) | MAG. NO. 05-0345M (TFH/JMF) |

### ENTRANCE OF APPEARANCE

**COMES NOW** Peter R. Maignan, Esq. of Maignan & Associates, LLC, and moves this Honorable Court to enter his appearance as attorney for Defendant Nasha M. Barksdale in the above-referenced case.

WHEREFORE, Petitioner prays that he may be permitted to enter his appearance as counsel of record in this case.

                                        Respectfully submitted,

                                        MAIGNAN & ASSOCIATES, LLC

June 23, 2005                              _____/s/_____
                                                        Peter R. Maignan Esq.
                                                        8181 Professional Place, Suite 205
                                                        Landover, MD 20785
                                                        DC Bar# 461974
                                                        (301) 429-1274 (Office)
                                                        (301) 429-1279 (Fax)
                                                        *Counsel for Defendant*
                                                        *Nasha M. Barksdale*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Entrance of Appearance of Counsel has been served, via electronic filing on this 23rd day of June, 2005 upon:

Barry Wiegand
Assistant United State's Attorney Office
555 4th Street Northwest
Washington, D.C. 20530

_____/s/_____
Peter R. Maignan